MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/19

THOMAS F. X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

By ECF

December 23, 2019

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, New York 10007

> Application granted. The sentence is adjourned to February 21, 2020 at 10:00 a.m.
>
> SO ORDERED.
>
> Ronnie Abrams
> United States District Judge
> December 27, 2019

Re: United States v. Tomas Guillen,
18 Cr. 640 (RA)

Dear Judge Abrams:

I write to request an adjournment of the sentence of my client, Tomas Guillen, scheduled for January 10th. I make this request because I need additional time to file my sentencing submission and obtain letters in support.

I request an adjournment until the week of February 17th if any day that week is convenient to the Court. Assistant U.S. Attorney Brett Kalikow advised he has no objection concerning this application.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Brett Kalikow, Esq.
    Assistant U.S. Attorney