MEMO ENDORSED

THOMAS F. X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/20

By ECF

February 10, 2020

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, New York 10007

Re: United States v. Tomas Guillen,
    18 Cr. 640 (RA)

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
2-10-20

Dear Judge Abrams:

I write to request an extension until Tuesday, February 11th to submit my sentencing memorandum to the Court. I would also request that of the sentence of my client, Tomas Guillen, scheduled for February 21st remain as the sentence date. I make this request since I overlooked the submission date of February 7th. I previously asked for an adjournment of the sentence.

Assistant U.S. Attorney Michael Neff advised he has no objection concerning this application, but requesst that the date of the government submission be moved to February 18th. I apologize for the inconvenience this has caused your Honor and the government.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Michael Neff, Esq.
    Assistant U.S. Attorney
    (By ECF)