```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
 UNITED STATES OF AMERICA          :
                                   :         ORDER OF RESTITUTION
           - v. -                  :
                                   :         18 Cr. 640 (RA)
 TOMAS GUILLEN,                    :
      a/k/a "Diddy,"               :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael D. Neff and Brett M. Kalikow, Assistant United States Attorneys, of counsel; the Presentence Report; the conviction of TOMAS GUILLEN, a/k/a "Diddy," the defendant, on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

    1.    **Amount of Restitution.**

TOMAS GUILLEN, the defendant, shall pay restitution in the total amount of **$79,259**, to be paid to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

**3. Joint and Several Liability:** The defendant's restitution obligation is joint and several as to the following:

    a. **$734,969** due to Company-1; and

    b. **$208,200** due to Company-2.

    c. Specifically, TOMAS GUILLEN, the defendant, is jointly and severally liable with the co-defendants in this case (both those named in the Order of Restitution dated January 9, 2020, 18 Cr. 640 Dkt. No. 238, and others to be named later) for **$48,507** of the amount listed in ¶ 3(a), and **$30,752** of the amount listed in ¶ 3(b).

Dated:   New York, New York
           May 21  , 2020

                                                  THE HONORABLE RONNIE ABRAMS
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK