```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TOMAS GUILLEN,

　　　　　　　　　　Defendant.

No. 18-cr-640-3 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

　　The Court is in receipt of Mr. Guillen's motion for compassionate release. *See* Dkt. 324.

The Government is directed to respond by no later than December 14, 2020.

SO ORDERED.

Dated:　　December 3, 2020
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge