UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                v.<br><br>TOMAS GUILLEN,<br><br>                Defendant. | No. 18-CR-640 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On January 7, 2021, the Court denied Mr. Guillen's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), finding both that Mr. Guillen had not demonstrated the existence of extraordinary and compelling circumstances warranting his release and that the Section 3553(a) sentencing factors did not support a reduction of his sentence. *See* Dkt. 336. On February 25, 2021, the Court received Mr. Guillen's reply (dated February 8, 2021) to the Government's brief in opposition to his motion. *See* Dkt. 346. Mr. Guillen's reply does not reference the Court's order. To account for the possibility that Mr. Guillen has not received notice of the Court's decision on his motion, the Court respectfully directs the Clerk of Court to mail a copy of this order and the Court's prior decision (Dkt. 336) to Mr. Guillen at the following address: Tomas Guillen, Reg. No. 86036-054, F.M.C. Devens, P.O. Box 879, Ayer, MA 01432.

      In addition, to the extent that Mr. Guillen's reply can be construed as a motion for reconsideration of the Court's prior decision, it is denied in that it provides no information or legal authority that would alter the Court's initial decision. *See United States v. Posner*, No. 18-CR-631 (KMW), 2020 WL 7022500, at *2 (S.D.N.Y. Nov. 30, 2020) (denying motion to reconsider the court's denial of an earlier motion for compassionate release when "[n]othing in Defendant's present motion changes the Court's previous determination that the sentencing factors set forth in § 3553(a) . . . militate against granting release").

SO ORDERED.

Dated:    March 1, 2021
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge