UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/19/2021

UNITED STATES OF AMERICA,

v.

TOMAS GUILLEN,

Defendant.

No. 18-CR-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 7, 2021, the Court denied Mr. Guillen's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), finding both that Mr. Guillen had not demonstrated the existence of extraordinary and compelling circumstances warranting his release and that the Section 3553(a) sentencing factors did not support a reduction of his sentence. *See* Dkt. 336. Mr. Guillen's two subsequent filings—on February 25, 2021 (Dkt. 346) and April 12, 2021 (Dkt. 350)—make it apparent to the Court that Mr. Guillen has not received copies of the Court's January 7, 2021 decision or of its March 1, 2021 order (Dkt. 347).

Notwithstanding that Mr. Guillen does not appear to have received this Court's orders, to the extent that his submissions subsequent to the Court's January 7, 2021 opinion can be construed as motions for reconsideration, they are denied in that they provide no information or legal authority that would alter the Court's initial decision. *See United States v. Posner*, No. 18-CR-631 (KMW), 2020 WL 7022500, at *2 (S.D.N.Y. Nov. 30, 2020) (denying motion to reconsider the court's denial of an earlier motion for compassionate release when "[n]othing in Defendant's present motion changes the Court's previous determination that the sentencing factors set forth in § 3553(a) . . . militate against granting release").

The Clerk of Court is respectfully directed to mail to Mr. Guillen (1) a copy of this order; (2) a copy of the Court's March 1, 2021 order at Dkt. 347; and (3) a copy of the Court's January 7, 2021 memorandum opinion and order at Dkt. 336.

SO ORDERED.

Dated:      April 19, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge