**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF**                                                        December 21, 2021

Honorable Ronnie Abrams
United States District Judge                    Application granted.
500 Pearl Street
New York, New York 10007                        SO ORDERED.

     Re: <u>United States v. Tomas Guillen</u>,
         18 Cr. 640(RA)                  Ronnie Abrams, U.S.D.J.
                                                December 21, 2021

Dear Judge Abrams:

    I write to request permission for my former client Tomas Guillen to obtain his passport from Pretrial Services. Mr. Guillen is presently on supervised release.

    U.S. Probation officer Matt Omlor and Assistant U.S. Attorney Brett Kalikow advised that they have no objection to this request.

    Thank you for your consideration of this request.

                                                   Respectfully yours,
                                                      /s/
                                                   Thomas F.X. Dunn

Cc: Brett Kalikow, Esq.
    Assistant U.S. Attorney
    (by email & ECF)

    Matt Omlor
    U.S. Probation Officer (by email)